## PACIFIC PHONOGRAPH CO. v. SEARCHLIGHT HORN CO.

(Circuit Court of Appeals, Ninth Circuit. May 4, 1914.)

### No. 2314.

Appeal from the District Court of the United States for the Second Division of the Northern District of California; Wm. C. Van Fleet, Judge.

Suit by the Searchlight Horn Company against the Pacific Phonograph Company for infringement of letters patent No. 771,441, for a horn for phonographs or similar machines granted to Peter C. Nielson October 4, 1904. From an order granting a preliminary injunction, defendant appeals. Affirmed.

Louis Hicks, of New York City, N. Y., and Dan Hadsell, of San Francisco, Cal., for appellant.

John H. Miller and Wm. K. White, both of San Francisco, Cal., for appellee.

Before GILBERT, ROSS, and MORROW, Circuit Judges.

PER CURIAM. For the reasons set forth in the opinion filed in Sherman-Clay & Co. v. Searchlight Horn Co., 214 Fed. 86, 130 C. C. A. —— (Case No. 2306) and Id., 214 Fed. 99, 130 C. C. A. —— (No. 2307), the order granting a preliminary injunction is affirmed.